Ronald L. Hoffbauer (006888)
WROBLEWSKI & ASSOCIATES, P.C.
1201 S. Alma School Road, Suite 1750
Mesa, AZ 85210
Phone: (602) 266-4570
Fax: (480) 686-8668
Email: ronaldh@arizonalawcenter.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

OSWALDO ROBERTO ZALDANA AND OLGA YAMILETH ZALDANA,

                Debtors,

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for Aegis Asset Backed Securities Trust 2006-1, Mortgage Backed Notes,

                Movant

OSWALDO ROBERTO ZALDANA AND OLGA YAMILETH ZALDANA, Debtor and RUSSELL BROWN, Trustee

                Debtors.

In Proceedings Under Chapter 13

Case No.: 2:11-bk-33596-GBN

**RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Comes now the Debtors, by and through counsel undersigned, and responds to the motion for relief from the automatic stay.

Debtors have entered into discussion with Counsel for Movant to reach a stipulation to bring any amounts that they may be delinquent post-petition current.

Debtors assert that their home is necessary for a reorganization.

Debtors also assert that Movant would be adequately protected by entering an agreement to allow the Debtors to catch up any amounts that they may be delinquent post-petition.

Wherefore, the Debtors request that the Court deny the relief requested and allow the Debtors to enter into an agreement to bring any delinquent payments current.

Dated: August 21, 2013

**WROBLEWSKI & ASSOCIATES**

By: _/s/__RLH 06888_____
Ronald L. Hoffbauer
1201 S. Alma School Road, Suite 1750
Mesa, AZ 85210
*Attorneys for Debtors*

**Copy of the foregoing mailed this
22nd day of August, 2013 to:**

**LAW OFFICES OF LES ZIEVE**
Nathaniel Morris Brodnax
18377 Beach Blvd. Suite 210
Huntington Beach, CA 92648
*Attorneys for* DEUTSCHE BANK NATIONAL TRUST COMPANY

By___/s/__RLH_____

In re: Oswaldo & Olga Zaldana
Case No.: 2:11-bk33596-GBN