Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>OSWALDO ROBERTO ZALDANA,<br><br>and<br><br>OLGA YAMILETH ZALDANA,<br><br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2:11-BK-33596 GBN<br><br>**TRUSTEE'S RECOMMENDATION ON SECOND MODIFIED PLAN**<br><br><br>(10/28/13) |

The Trustee has reviewed the Second Modified Chapter 13 Plan filed April 24, 2013.

(1) The Modification proposes the following changes in the Confirmed Plan:

    (a) Months 1 - 9 @ $1,500.00    Month 10 @ $0.00**moratorium

    Months 11 - 17 @ $250.00**    Month 18 @ $664.00**

    Months 19 - 60 @ $712.00**

(b) Attorney fees are increased by $750.00 for the filing of the first and second modified plan and will be paid as an additional administrative claim.

(2) In all other respects, the provisions of the Confirmed Plan will continue to govern.

(3) The Debtors must provide copies of two recent consecutive pay stubs to verify amended Schedules I and J filed 4/24/13.

(4) **Plan payment status:** The Debtors' interim payments of $712.00 each are current through due date 9/9/13. Subsequent payments are due on the 9th day of each following month. The Trustee reminds the Debtors that they may access case information from the Trustee's office, such as plan payments received, by going to www.13datacenter.com. Then, under the Debtor section, click 'Click Here to get started' and follow the instructions. Also, a debtor may get email

notification of docket events by filling out the Bankruptcy Court's Debtor Email Registration Form. The form is available on the Court's website at www.azb.uscourts.gov and then going to Forms and Publications.

SUMMARY: Pursuant to Local Rule 2084-10, by 10/28/13 Debtors are to resolve all of the above issues and provide the Trustee with a proposed order confirming second modified plan that meets the above requirements, or the Trustee could lodge a dismissal order.

A copy of this document was
mailed on the date signed below to:

OSWALD ROBERTO ZALDANA
OLGA YAMILETH ZALDANA
22597 W. DESERT BLOOM ST.
BUCKEYE, AZ 85326
Debtors

WROBLEWSKI & ASSOCIATES
1201 S. ALMA SCHOOL RD., #1750
MESA, AZ 85210
Attorney for the Debtors

_____
*jmorales@ch13bk.com*