# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

**Debtor:** OSWALDO ROBERTO & OLGA YAMILETH ZALDANA
**Case Number:** 2:11-BK-33596-DPC  **Chapter:** 13
**Date / Time / Room:** MONDAY, DECEMBER 02, 2013 10:00 AM  6TH FLOOR #601
**Bankruptcy Judge:** DANIEL P. COLLINS
**Courtroom Clerk:** JAN HERNANDEZ
**Reporter / ECR:** KAYLA COLASONT

### Matter:

MOTION FOR RELIEF FROM STAY MOTION FOR RELIEF FROM THE AUTOMATIC STAY RE: 22597 WEST DESERT BLOOM STREET, BUCKEYE, AZ 85326 FILED BY NATHANIEL MORRIS BRODNAX OF LAW OFFICES OF LES ZIEVE ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AEGIS ASSET BACKED SECURITES TRUST 2006-1, MORTGAGE BACKED NOTES .
**R / M #:** 67 / 0

### Appearances:

NONE

### Proceedings:

The case is called and placed at the foot of the calendar.

* subsequently *

THE COURT: IT IS NOTED THAT THERE ARE NO APPEARANCE. MR. WROBLEWSKI HAS BEEN REMOVED FROM THE CASE. AT THE LAST HEARING, WHICH WAS OCTOBER 1, 2013, A CONTINUANCE WAS SOUGHT, AS THE DEBTORS WERE ATTEMPTING A STIPULATION. ON THE BASIS THAT THERE ARE NO APPEARANCES, THE COURT WILL TAKE THE OPTIMISTIC ROUTE AND ASSUME THAT THE PARTIES HAVE RESOLVED THEIR DIFFERENCES. THE COURT WILL DENY THE MOTION WITHOUT PREJUDICE FOR RELIEF ON THE BASIS THAT THE MOVANT HAS FAILED TO APPEAR AND PROSECUTE.

Case 2:11-bk-33596-DPC    Doc 82    Filed 12/02/13    Entered 12/03/13 14:32:29    Desc
Main Document    Page 1 of 1