# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | OSWALDO ROBERTO & OLGA YAMILETH ZALDANA | | |
| **Case Number:** | 2:11-BK-33596-DPC | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 19, 2013 10:00 AM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | KAYLA COLASONT | | |

### *Matter:*

MOTION FOR RELIEF FROM THE AUTOMATIC STAY RE: 22597 WEST DESERT BLOOM STREET, BUCKEYE, AZ 85326 FILED ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AEGIS ASSET BACKED SECURITES TRUST 2006-1, MORTGAGE BACKED NOTES .

**R / M #:**   67 / 0

### *Appearances:*

JIM MURPHY, ATTORNEY FOR DEUTSCHE BANK

### *Proceedings:*

Mr. Murphy advises this case was originally assigned to Judge Nielsen and Mr. Wroblewski was counsel for debtor. On November 8, 2013, this case was reassigned to this Court and Mr. Wroblewski was removed as counsel.  He did reach out to the Debtor and has heard nothing. He discusses the payment status and advises they are quite delinquent.

COURT:  IT IS ORDERED DENYING THE MOTION FOR RELIEF FROM STAY FILED ON BEHALF OF DEUTSCHE BANK.

THE COURT ADVISES MR. MURPHY TO FILE A NEW STAY LIFT MOTION WHICH WILL BE PROCESSED IN THE NORMAL COURSE.

Case 2:11-bk-33596-DPC   Doc 85   Filed 12/19/13   Entered 12/23/13 08:45:03   Desc
Main Document     Page 1 of 1

12/23/2013   8:44:48AM