| | |
|---|---|
| **LAW OFFICES OF LES ZIEVE** <br> 40 North Central Avenue, Suite 1400 <br> Phoenix, AZ 85004 <br> Phone: 602-282-6188 <br> Fax: 602-865-8086 <br> E-mail: Jmurphy@zievelaw.com <br> James F. Murphy, Esq. (AZ Bar #019222) <br> Nathaniel Morris Brodnax, Esq. (AZ Bar #028799) <br> Attorneys for Deutsche Bank National Trust Company, as Indenture Trustee for Aegis Asset Backed Securities Trust 2006-1, Mortgage Backed Notes, <br> [File No. 100007369] | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: <br><br> Oswaldo Roberto Zaldana and Olga Yamileth Zaldana, <br><br> Debtors, | Case #2:11-bk-33596-DPC <br><br> Chapter 13 Proceedings <br><br> NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY <br><br> Re: Real Property located at 22597 West Desert Bloom Street, Buckeye, AZ 85326 |
| Deutsche Bank National Trust Company, as Indenture Trustee for Aegis Asset Backed Securities Trust 2006-1, Mortgage Backed Notes, <br><br> Movant <br><br> v. <br><br> Oswaldo Roberto Zaldana and Olga Yamileth Zaldana, Debtors and Russell Brown, Trustee, <br><br> Respondents. | |

  **NOTICE IS GIVEN** that the undersigned attorney represents the Movant and has filed a motion requesting relief from the automatic stay the details of which are as follows:

Movant is the holder of a Note secured by a Deed of Trust recorded against certain real property

NOTICE OF FILING MOTION FOR RELIEF FROM STAY PAGE 1 CASE #2:11-bk-33596-DPC

Case 2:11-bk-33596-DPC Doc 87 Filed 01/07/14 Entered 01/07/14 16:46:12 Desc
Main Document Page 1 of 3

described below. Movant is seeking relief from the automatic stay to foreclose its Deed of Trust, due to default in payment on the Note.

**Legal Description:**

LOT 1789, OF SUNCANCE PARCEL 23A, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 774 OF MAPS, PAGE 19.

**Property Address:** 22597 West Desert Bloom Street, Buckeye, AZ 85326

For further particulars, please see the Motion on file with the clerk of the U.S. Bankruptcy Court in Arizona. General questions regarding this bankruptcy case should be addressed to the attorney for the DEBTORS, if any, at the address listed on the bankruptcy petition filed with the clerk of the U.S. Bankruptcy Court in Arizona. Do not direct general inquiries to our office.

**FURTHER, NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 4001 if no written objection is filed with the Court and a copy served on the attorney for Movant whose address is shown at the upper left corner of this document **WITHIN 14 DAYS** of service of the motion, the motion for relief from the automatic stay may be granted without further notice or hearing. Only those parties filing objections will receive notice of any hearings on this matter. Local Bankruptcy Rule 4001-1(h) requires that any objection must be supported by specific facts; and if it is alleged that adequate protection exists, then the objection must include legible copies of all appraisals or summaries of appraisals, currently in the possession or control of the objecting party and upon which the objecting party intends to rely at a final hearing on the Motion.

DATED this 7th day of January, 2014

/s/ James F. Murphy
James F. Murphy
Attorney for Movant

| | |
|---|---|
| 1 | |
| 2 | Original e-filed this 7th day of January, 2014 with: |
| 3 | |
| 4 | United States Bankruptcy Court<br>District of Arizona |
| 5 | Copy of the foregoing mailed<br>the 7th day of January, 2014 to: |
| 6 | |
| 7 | Chapter 13 Trustee:<br>RUSSELL BROWN<br>3838 NORTH CENTRAL AVENUE, SUITE 800 |
| 8 | PHOENIX, AZ 85012-1965 |
| 9 | Debtors:<br>OSWALDO ROBERTO ZALDANA |
| 10 | OLGA YAMILETH ZALDANA<br>22597 W. DESERT BLOOM ST. |
| 11 | BUCKEYE, AZ 85326 |
| 12 | |
| 13 | By       /s/ James F. Murphy |